UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **BANDY LEE** : | |
| Plaintiff : | |
| v. : | No. 3:21cv389(SALM) |
| : | |
| **YALE UNIVERSITY** : | |
| Defendant : | |

## JUDGMENT

This matter came up for consideration on Defendant Yale University's Motion to Dismiss **[Doc. #32]**, before the Honorable Sarah A. L. Merriam, United States District Judge. On August 30, 2022, the Court, having considered the full record of the case, including the applicable principles of law, entered a Ruling GRANTING the Motion to Dismiss, and the Clerk of the Court was directed to close the case. It is hereby;

ORDERED, ADJUDGED and DECREED that judgment shall enter in favor of Defendant Yale University against Plaintiff Bandy Lee, and this case shall be closed.

Dated at Bridgeport, Connecticut, this 30th day of August, 2022.

DINAH MILTON KINNEY, Clerk

By:  /s/
    Andrew Caffrey
    Deputy Clerk

EOD: 8/30/2022