APPEAL,CLOSED,EFILE

# U.S. District Court
## District of Connecticut (New Haven)
### CIVIL DOCKET FOR CASE #: 3:21-cv-00389-SALM

Lee v. Yale University  
Assigned to: Judge Sarah A. L. Merriam  
Cause: No cause code entered

Date Filed: 03/22/2021  
Date Terminated: 08/30/2022  
Jury Demand: Plaintiff  
Nature of Suit: 442 Civil Rights: Jobs  
Jurisdiction: Federal Question

**Plaintiff**

**Bandy Lee**  
*MD, MDiv*

represented by **Jacques J. Parenteau**  
Madsen, Prestley & Parenteau, LLC-NL  
105 Huntington St., PO Box 1631  
New London, CT 06320  
860-442-2466  
Fax: 860-447-9206  
Email: jparenteau@mppjustice.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Robin B. Kallor**  
Rose Kallor, LLP  
750 Main Street  
Suite 309  
Hartford, CT 06103  
860-361-7999  
Fax: 860-270-0710  
Email: rkallor@rosekallor.com  
*TERMINATED: 09/21/2022*  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Todd D. Steigman**  
Madsen, Prestley & Parenteau, LLC-HTFD  
402 Asylum Street  
Hartford, CT 06103  
860-246-2466

Fax: 860-246-1794
Email: tsteigman@mppjustice.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cindy M. Cieslak**
Rose Kallor, LLP
750 Main Street
Suite 309
Hartford, CT 06103
860-361-7999
Fax: 860-270-0710
Email: ccieslak@rosekallor.com
*TERMINATED: 09/21/2022*
*ATTORNEY TO BE NOTICED*

**Melinda A. Powell**
Rose Kallor, LLP
750 Main Street
Suite 309
Hartford, CT 06103
860-361-7999
Fax: 860-270-0710
Email: mpowell@rosekallor.com
*TERMINATED: 09/21/2022*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Yale University** represented by **Caroline B Park**
Wiggin & Dana-NH
265 Church St.
P.O. Box 1832
New Haven, CT 06510
203-498-4317
Fax: 203-782-2889
Email: cpark@wiggin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Freiman**
Wiggin and Dana LLP
One Century Tower
Wiggin and Dana LLP
265 Church Street

New Haven, CT 06510
203-498-4400
Email: jfreiman@wiggin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/22/2021 | view1 | COMPLAINT against Yale University ( Filing fee $402 receipt number ACTDC-6440443.), filed by Bandy Lee.(Kallor, Robin) (Entered: 03/22/2021) |
| 03/22/2021 | view2 | EXHIBIT *Civil Cover Sheet* by Bandy Lee re 1 Complaint. (Kallor, Robin) (Entered: 03/22/2021) |
| 03/22/2021 | view | Judge Michael P. Shea added. (Nuzzi, Tiffany) (Entered: 03/22/2021) |
| 03/22/2021 | view3 | Order on Pretrial Deadlines: Amended Pleadings due by 5/21/2021. Discovery due by 9/21/2021. Dispositive Motions due by 10/26/2021.<br>Signed by Clerk on 03/22/2021. (Peterson, M) (Entered: 03/22/2021) |
| 03/22/2021 | view4 | ELECTRONIC FILING ORDER FOR COUNSEL - PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER<br>Signed by Judge Michael P. Shea on 03/22/2021. (Peterson, M) (Entered: 03/22/2021) |
| 03/22/2021 | view5 | STANDING PROTECTIVE ORDER<br>Signed by Judge Michael P. Shea on 03/22/2021. (Peterson, M) (Entered: 03/22/2021) |
| 03/22/2021 | view6 | Notice re Initial Discovery Protocols<br>Signed by Clerk on 03/22/2021. (Attachments: # 1 Initial Discovery Protocols Attachment) (Peterson, M) (Entered: 03/22/2021) |
| 03/22/2021 | view7 | NOTICE TO COUNSEL/SELF-REPRESENTED PARTIES : Counsel or self-represented parties initiating or removing this action are responsible for serving all parties with attached documents and copies of 5 Protective Order, 4 Electronic Filing Order, 2 Exhibit filed by Bandy Lee, 1 Complaint filed by Bandy Lee, 3 Order on Pretrial Deadlines, 6 Notice<br>Signed by Clerk on 03/22/2021. (Peterson, M) (Entered: 03/22/2021) |
| 03/23/2021 | view8 | NOTICE of Appearance by Cindy M. Cieslak on behalf of Bandy Lee (Cieslak, Cindy) (Entered: 03/23/2021) |

| 03/23/2021 | view9 | NOTICE of Appearance by Melinda A. Powell on behalf of Bandy Lee (Powell, Melinda) (Entered: 03/23/2021) |
|---|---|---|
| 04/19/2021 | view10 | WAIVER OF SERVICE Returned Executed as to Yale University waiver sent on 3/22/2021, answer due 5/21/2021 filed by Bandy Lee. (Kallor, Robin) (Entered: 04/19/2021) |
| 05/11/2021 | view11 | NOTICE of Appearance by Jonathan M. Freiman on behalf of Yale University (Freiman, Jonathan) (Entered: 05/11/2021) |
| 05/11/2021 | view12 | NOTICE of Appearance by Caroline B Park on behalf of Yale University (Park, Caroline) (Entered: 05/11/2021) |
| 05/11/2021 | view13 | Consent MOTION for Extension of Time until June 11, 2021 to Answer or Otherwise Respond to 1 Complaint by Yale University. (Freiman, Jonathan) (Entered: 05/11/2021) |
| 05/12/2021 | view14 | ORDER. The 13 motion for extension is hereby GRANTED. Defendant shall file a responsive pleading by **June 11, 2021**.<br><br>Signed by Judge Michael P. Shea on 5/12/2021. (Super, John) (Entered: 05/12/2021) |
| 05/12/2021 | view | Answer deadline updated for Yale University to 6/11/2021. (Johnson, D.) (Entered: 05/13/2021) |
| 06/11/2021 | view15 | MOTION to Dismiss *Plaintiff's Complaint* by Yale University.Responses due by 7/2/2021 (Attachments: # 1 Memorandum in Support of Defendant's Motion to Dismiss Plaintiff's Complaint, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G)(Freiman, Jonathan) (Entered: 06/11/2021) |
| 06/11/2021 | view16 | Corporate Disclosure Statement by Yale University. (Freiman, Jonathan) (Entered: 06/11/2021) |
| 06/14/2021 | view17 | ORDER. Defendant has filed a 15 Motion to Dismiss. On or before **July 2, 2021**, Plaintiff shall either file a response to the motion or file an amended complaint in which it pleads as many facts as possible, consistent with Rule 11, to address the alleged defects discussed in Defendant's memorandum of law. The Court will not allow further amendments after **July 2, 2021**. If Plaintiff chooses to amend and if Defendant renews its motion to dismiss, Defendant may incorporate by reference any prior briefing.<br><br>Signed by Judge Michael P. Shea on 6/14/2021. (Super, John) (Entered: 06/14/2021) |

| 06/14/2021 | view | Set Deadlines as to 15 MOTION to Dismiss *Plaintiff's Complaint*.(Responses due by 7/2/2021, ) or ( Amended Complaint due by 7/2/2021) (Johnson, D.) (Entered: 06/15/2021) |
|---|---|---|
| 06/16/2021 | view18 | MOTION for Extension of Time until August 2, 2021 *to* file an Amended Complaint or oppose or otherwise Respond to Defendant's Motion to Dismiss by Bandy Lee. (Kallor, Robin) (Entered: 06/16/2021) |
| 06/17/2021 | view19 | ORDER. The 18 motion for extension is hereby GRANTED. Plaintiff's deadline to file an amended complaint or response to the 15 motion to dismiss is **August 2, 2021**.<br><br>Signed by Judge Michael P. Shea on 6/17/2021. (Super, John) (Entered: 06/17/2021) |
| 06/17/2021 | view | Set Deadlines as to 15 MOTION to Dismiss *Plaintiff's Complaint*.(Responses due by 8/2/2021, ),or ( Amended Complaint due by 8/2/2021) (Johnson, D.) (Entered: 06/17/2021) |
| 06/24/2021 | view20 | REPORT of Rule 26(f) Planning Meeting. (Kallor, Robin) (Entered: 06/24/2021) |
| 06/25/2021 | view21 | MOTION to Stay *Discovery Pending Ruling on Motion to Dismiss* by Yale University.Responses due by 7/16/2021 (Attachments: # 1 Exhibit A)(Freiman, Jonathan) (Entered: 06/25/2021) |
| 07/09/2021 | view22 | OBJECTION re 21 MOTION to Stay *Discovery Pending Ruling on Motion to Dismiss* filed by Bandy Lee. (Cieslak, Cindy) (Entered: 07/09/2021) |
| 07/22/2021 | view23 | Memorandum in Support re 21 MOTION to Stay *Discovery Pending Ruling on Motion to Dismiss Reply Memorandum in Further Support of* 21 filed by Yale University. (Freiman, Jonathan) (Entered: 07/22/2021) |
| 07/23/2021 | view24 | MOTION for Extension of Time to File Response/Reply *or file an Amended Complaint* as to 15 MOTION to Dismiss *Plaintiff's Complaint* until August 23, 2021 by Bandy Lee. (Cieslak, Cindy) (Entered: 07/23/2021) |
| 07/29/2021 | view25 | ORDER. The 24 motion for extension is hereby GRANTED. Plaintiff's deadline to respond to Defendant's motion to dismiss or to file an amended complaint is now **August 23, 2021**.<br><br>Signed by Judge Michael P. Shea on 7/29/2021. (Silva, Madeline) (Entered: 07/29/2021) |

| 07/29/2021 | view | Reset deadline as to 15 MOTION to Dismiss Plaintiff's Complaint: Response or amended complaint is now due by 8-23-2021 per Dkt. 25 Order. (Shafer, J.) (Entered: 07/29/2021) |
|---|---|---|
| 08/10/2021 | view26 | ORDER. The 21 motion to stay discovery pending the Court's ruling on the motion to dismiss is hereby GRANTED. Should the Court deny the motion to dismiss (in whole or in part), the parties shall file a revised Rule 26(f) Report within 14 days of the Court's ruling.<br><br>Signed by Judge Michael P. Shea on 8/10/2021. (Silva, Madeline) (Entered: 08/10/2021) |
| 08/21/2021 | view27 | AMENDED COMPLAINT against Yale University, filed by Bandy Lee.(Cieslak, Cindy) (Entered: 08/21/2021) |
| 08/26/2021 | view28 | Consent MOTION for Extension of Time until September 17, 2021 to Respond to 27 Amended Complaint by Yale University. (Park, Caroline) (Entered: 08/26/2021) |
| 08/27/2021 | view29 | ORDER. In light of the plaintiff's filing of an amended complaint, the 15 motion to dismiss is DENIED AS MOOT. In addition the 28 motion to extend is GRANTED. The defendant's deadline to respond to the amended complaint or to renew its motion to dismiss is **September 17, 2021**.<br><br>Signed by Judge Michael P. Shea on 8/27/2021. (Silva, Madeline) (Entered: 08/27/2021) |
| 08/27/2021 | view | Answer deadline updated for Yale University to 9/17/2021. (Johnson, D.) (Entered: 08/30/2021) |
| 09/13/2021 | view30 | Consent MOTION for Leave to File Excess Pages *re their Motion to Dismiss* by Yale University. (Freiman, Jonathan) (Entered: 09/13/2021) |
| 09/14/2021 | view31 | ORDER. The 30 motion for leave to file excess pages is hereby GRANTED.<br><br>Signed by Judge Michael P. Shea on 9/14/2021. (Silva, Madeline) (Entered: 09/14/2021) |
| 09/17/2021 | view32 | MOTION to Dismiss *Plaintiff's Amended Complaint* 27 by Yale University.Responses due by 10/8/2021 (Attachments: # 1 Memorandum in Support of Motion to Dismiss Plaintiff's Amended Complaint, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H)(Freiman, Jonathan) (Entered: 09/17/2021) |

| 09/23/2021 | view33 | Consent MOTION for Extension of Time until November 8, 2021 to Respond to Defendant's Motion to Dismiss by Bandy Lee. (Cieslak, Cindy) (Entered: 09/23/2021) |
|---|---|---|
| 09/28/2021 | view34 | ORDER. The 33 motion for extension is hereby GRANTED, as follows: The plaintiff's deadline to respond to the defendant's motion to dismiss is now **November 8, 2021**.<br><br>Signed by Judge Michael P. Shea on 9/28/2021. (Silva, Madeline) (Entered: 09/28/2021) |
| 09/28/2021 | view | Set Deadlines as to 32 MOTION to Dismiss *Plaintiff's Amended Complaint 27* . Responses due by 11/8/2021 (Johnson, D.) (Entered: 09/28/2021) |
| 11/08/2021 | view35 | Memorandum in Opposition re 32 MOTION to Dismiss *Plaintiff's Amended Complaint 27* filed by Bandy Lee. (Powell, Melinda) (Entered: 11/08/2021) |
| 11/12/2021 | view36 | Consent MOTION for Extension of Time until December 13, 2021 to Reply to 35 Memorandum in Opposition to Motion by Yale University. (Freiman, Jonathan) (Entered: 11/12/2021) |
| 11/15/2021 | view37 | ORDER. The 36 motion for extension is hereby GRANTED, as follows: the defendant shall file its reply brief in further support of its motion to dismiss by **December 13, 2021**.<br><br>Signed by Judge Michael P. Shea on 11/15/2021. (Silva, Madeline) (Entered: 11/15/2021) |
| 11/15/2021 | view | Set Deadlines as to 32 MOTION to Dismiss *Plaintiff's Amended Complaint 27* . Responses due by 12/13/2021 (Johnson, D.) (Entered: 11/16/2021) |
| 12/13/2021 | view38 | REPLY to Response to 32 MOTION to Dismiss *Plaintiff's Amended Complaint 27 Reply in Further Support of Defendant's Motion to Dismiss Plaintiff's Amended Complaint* filed by Yale University. (Freiman, Jonathan) (Entered: 12/13/2021) |
| 12/22/2021 | view39 | ORDER OF TRANSFER. Case reassigned to Judge Sarah A. L. Merriam for all further proceedings.<br>Signed by Clerk on 12/22/2021.(Hushin, Z.) (Entered: 12/22/2021) |
| 08/04/2022 | view40 | MOTION for To Lift Stay of Discovery Order by Bandy Lee. (Attachments: # 1 Memorandum in Support, # 2 Affidavit)(Cieslak, Cindy) (Entered: 08/04/2022) |

| 08/25/2022 | view41 | Memorandum in Opposition re 40 MOTION for To Lift Stay of Discovery Order filed by Yale University. (Attachments: # 1 Exhibit A)(Freiman, Jonathan) (Entered: 08/25/2022) |
|---|---|---|
| 08/30/2022 | view42 | RULING. For the reasons set forth in the attached Ruling, defendant's Motion to Dismiss (Doc. # 32 ) is **GRANTED**. The Clerk shall close this case. It is so ordered. Signed by Judge Sarah A. L. Merriam on 8/30/2022. (Teague, J.) (Entered: 08/30/2022) |
| 08/30/2022 | view43 | JUDGMENT entered in favor of Yale University against Bandy Lee.<br><br>For Appeal Forms please go to the following website: http://www.ctd.uscourts.gov/forms/all-forms/appeals_forms Signed by Clerk on 8/30/2022.(Caffrey, A.) (Entered: 08/30/2022) |
| 08/30/2022 | view | JUDICIAL PROCEEDINGS SURVEY - FOR COUNSEL ONLY: The following link to the confidential survey requires you to log into CM/ECF for SECURITY purposes. Once in CM/ECF you will be prompted for the case number. Although you are receiving this survey through CM/ECF, it is hosted on an independent website called SurveyMonkey. Once in SurveyMonkey, the survey is located in a secure account. The survey is not docketed and it is not sent directly to the judge. To ensure anonymity, completed surveys are held up to 90 days before they are sent to the judge for review. We hope you will take this opportunity to participate, please click on this link:<br><br>https://ecf.ctd.uscourts.gov/cgi-bin/Dispatch.pl?survey (Caffrey, A.) (Entered: 08/30/2022) |
| 09/19/2022 | view44 | NOTICE of Appearance by Todd D. Steigman on behalf of Bandy Lee (Steigman, Todd) (Entered: 09/19/2022) |
| 09/19/2022 | view45 | NOTICE of Appearance by Jacques J. Parenteau on behalf of Bandy Lee (Parenteau, Jacques) (Entered: 09/19/2022) |
| 09/19/2022 | view46 | Emergency MOTION For Permission to File Motion for Reconsideration, Nunc Pro Tunc by Bandy Lee.Responses due by 9/29/2022 (Steigman, Todd) Modified text to reflect revised response deadline per Order #50 on 9/20/2022 (Caffrey, A.). (Entered: 09/19/2022) |
| 09/20/2022 | view47 | MOTION for Robin B. Kallor to Withdraw as Attorney by Bandy Lee. (Kallor, Robin) (Entered: 09/20/2022) |
| 09/20/2022 | view48 | MOTION for Cindy M. Cieslak to Withdraw as Attorney by Bandy Lee. (Cieslak, Cindy) (Entered: 09/20/2022) |

| 09/20/2022 | view49 | MOTION for Melinda A. Powell to Withdraw as Attorney by Bandy Lee. (Powell, Melinda) (Entered: 09/20/2022) |
|---|---|---|
| 09/20/2022 | view50 | ORDER. Plaintiff has filed an "Emergency Motion for Leave to File Motion for Reconsideration Nunc Pro Tunc[.]" Doc. # 46 at 1. Defendant shall file any response to the motion on or before **September 29, 2022**. It is so ordered. Signed by Judge Sarah A. L. Merriam on 09/20/2022. (Powers, L.) (Entered: 09/20/2022) |
| 09/20/2022 | view | Reset Deadlines as to 46 Emergency MOTION For Permission to File Motion for Reconsideration, Nunc Pro Tunc. Responses due by 9/29/2022. (Powers, L.) (Entered: 09/20/2022) |
| 09/20/2022 | view51 | MOTION for Extension of Time until October 29, 2022 To File Notice of Appeal by Bandy Lee. (Steigman, Todd) (Entered: 09/20/2022) |
| 09/21/2022 | view52 | ORDER granting 47 Motion for Robin B. Kallor to Withdraw as Attorney. The appearance of Attorney Robin B. Kallor is hereby terminated. It is so ordered. Signed by Judge Sarah A. L. Merriam on 09/21/2022. (Powers, L.) (Entered: 09/21/2022) |
| 09/21/2022 | view53 | ORDER granting 48 Motion for Cindy M. Cieslak to Withdraw as Attorney. The appearance of Attorney Cindy M. Cieslak is hereby terminated. It is so ordered. Signed by Judge Sarah A. L. Merriam on 09/21/2022. (Powers, L.) (Entered: 09/21/2022) |
| 09/21/2022 | view54 | ORDER granting 49 Motion for Melinda A. Powell to Withdraw as Attorney. The appearance of Attorney Melinda A. Powell is hereby terminated. It is so ordered. Signed by Judge Sarah A. L. Merriam on 09/21/2022. (Powers, L.) (Entered: 09/21/2022) |
| 09/21/2022 | view55 | ORDER granting, in part, and denying, in part, over objection 51 MOTION for Extension of Time until October 29, 2022 To File Notice of Appeal. Plaintiff moves "for a thirty-day extension of time, until October 29, 2022, to file a notice of appeal." Doc. # 51 at 1. Defendant objects. The Court finds that the need for the Court to address the (untimely) motion for reconsideration provides good cause for a limited extension, and that no significant prejudice to defendant will result from such an extension. Plaintiff shall file any Notice of Appeal on or before **October 17, 2022**. The Court does not anticipate granting further extensions of this deadline. It is so ordered. Signed by Judge Sarah A. L. Merriam on 09/21/2022. (Powers, L.) (Entered: 09/21/2022) |
| 09/22/2022 | view56 | Memorandum in Opposition *Nunc Por Tunc* re 46 Emergency MOTION For Permission to File Motion for Reconsideration, Nunc |

| | | |
|---|---|---|
| | | Pro Tunc filed by Yale University. (Freiman, Jonathan) (Entered: 09/22/2022) |
| 09/23/2022 | view57 | REPLY to Response to 46 Emergency MOTION For Permission to File Motion for Reconsideration, Nunc Pro Tunc filed by Bandy Lee. (Steigman, Todd) (Entered: 09/23/2022) |
| 10/06/2022 | view58 | ORDER denying 46 Emergency Motion for Permission to File Motion for Reconsideration. On August 30, 2022, the Court issued a Ruling granting defendant's Motion to Dismiss, and closed this case. See Doc. # 42 . On September 19, 2022, plaintiff, through new counsel, filed a motion seeking "permission to file a motion for reconsideration, nunc pro tunc, with respect to the Court's Ruling granting Defendant's motion to dismiss." Doc. # 46 at 1. Local Rule 7(c) provides that any motion for reconsideration "shall be filed and served within seven (7) days of the filing of the decision or order from which relief is sought[.]" D. Conn. L. Civ. R. 7(c)(1). The instant motion was filed twenty days after the Court's Ruling. The Court has evaluated the arguments plaintiff asserts she would make if permitted to file an untimely motion to reconsider, and finds that any such motion would be futile.<br><br>"Motions for reconsideration shall not be routinely filed and shall satisfy the strict standard applicable to such motions. Such motions will generally be denied unless the movant can point to controlling decisions or data that the court overlooked in the initial decision or order." D. Conn. L. Civ. R. 7(c)(1). A motion to reconsider may not be used "solely to relitigate an issue already decided." Shrader v. CSX Transp., Inc., 70 F.3d 255, 257 (2d Cir. 1995). A motion for reconsideration is "not a vehicle for relitigating old issues, presenting the case under new theories, securing a rehearing on the merits, or otherwise taking a second bite at the apple." Analytical Surveys, Inc. v. Tonga Partners, L.P., 684 F.3d 36, 52 (2d Cir. 2012) (citation and quotation marks omitted).<br><br>Plaintiff chose to retain new counsel after the Court issued its ruling. See Docs. # 44 , # 45 . The fact that plaintiff's new counsel might have made different arguments about the sufficiency of the claims in the Amended Complaint does not warrant reconsideration. Courts have consistently held that the "mere appearance of [new] counsel does not" provide grounds for reconsideration. J.P. Morgan Chase Bank, N.A. v. Caires, No. 3:17CV01298(JCH), 2017 WL 4071137, at *1 n.1 (D. Conn. Sept. 14, 2017); see also Lopes v. First Unum Ins. Co., No. 09CV02642(RRM), 2011 WL 13298876, at *2 (E.D.N.Y. Dec. 27, 2011) ("Reconsideration is not the proper remedy, where... plaintiff has submitted no new facts or law but |

| | | |
|---|---|---|
| | | merely questions the effectiveness of her attorney's tactical decisions[.]").<br><br>Plaintiff's new counsel "may be dissatisfied with its predecessor's arguments to the Court, but on a reconsideration motion, [plaintiff's] new counsel is bound by those arguments." Pierre v. Planet Auto., Inc., No. 13CV00675(MKB), 2016 WL 6459617, at *4 (E.D.N.Y. Oct. 31, 2016). Plaintiff simply "seeks a fresh attempt with new counsel to persuade the Court on the merits of its interpretation, which is simply not the appropriate use of a [reconsideration] motion." Hertz Glob. Holdings, Inc. v. Nat'l Union Fire Ins. Co. of Pittsburgh, No. 19CV06957(AJN), 2022 WL 889209, at *2 (S.D.N.Y. Mar. 25, 2022). Plaintiff's new counsel fails to "point to controlling decisions or data that the court overlooked in the initial decision or order." D. Conn. L. Civ. R. 7(c).<br><br>In fact, the Court did not "overlook" any of the matters raised in plaintiff's proposed motion. See Doc. #46. When considering a motion to dismiss, the Court's task is to determine whether the complaint, apart from any of its conclusory allegations, alleges "enough facts to state a claim [for] relief that is plausible on its face[.]" Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 570 (2007). The substance of plaintiff's proposed, untimely motion would not alter the Court's conclusion that the Amended Complaint, on its face, failed to state a cognizable claim. "Some of these arguments were previously asserted before the Court, whereas some are new or repackaged[.]... Not one of these arguments, however, provides a basis for reconsideration." Hertz Glob. Holdings Inc., 2022 WL 889209, at *2. Plaintiff merely seeks to "tak[e] a second bite at the apple." Analytical Surveys, Inc., 684 F.3d at 52. That is not the purpose of a motion for reconsideration. Therefore, plaintiff's motion for permission to file an untimely motion for reconsideration is **DENIED**.<br><br>It is so ordered. Signed by Judge Sarah A. L. Merriam on 10/06/2022. (Powers, L.) (Entered: 10/06/2022) |
| 10/06/2022 | view59 | NOTICE OF APPEAL re: 42 Ruling, 43 Judgment, 58 Order by Bandy Lee. Filing fee $ 505, receipt number ACTDC-7093467. (Steigman, Todd) Modified on 10/7/2022 TO LINK TO DOC #42, #43 and #58 (Oliver, T.). (Entered: 10/06/2022) |

APPEAL,CLOSED,EFILE

# U.S. District Court
## District of Connecticut (New Haven)
### CIVIL DOCKET FOR CASE #: 3:21−cv−00389−SALM
*Internal Use Only*

| | |
|---|---|
| Lee v. Yale University | Date Filed: 03/22/2021 |
| Assigned to: Judge Sarah A. L. Merriam | Date Terminated: 08/30/2022 |
| Cause: No cause code entered | Jury Demand: Plaintiff |
| | Nature of Suit: 442 Civil Rights: Jobs |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Bandy Lee**     represented by    **Jacques J. Parenteau**
*MD, MDiv*
Madsen, Prestley & Parenteau, LLC−NL
105 Huntington St., PO Box 1631
New London, CT 06320
860−442−2466
Fax: 860−447−9206
Email: jparenteau@mppjustice.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robin B. Kallor**
Rose Kallor, LLP
750 Main Street
Suite 309
Hartford, CT 06103
860−361−7999
Fax: 860−270−0710
Email: rkallor@rosekallor.com
*TERMINATED: 09/21/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Todd D. Steigman**
Madsen, Prestley & Parenteau, LLC−HTFD
402 Asylum Street
Hartford, CT 06103
860−246−2466
Fax: 860−246−1794
Email: tsteigman@mppjustice.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cindy M. Cieslak**
Rose Kallor, LLP
750 Main Street
Suite 309
Hartford, CT 06103
860−361−7999
Fax: 860−270−0710
Email: ccieslak@rosekallor.com
*TERMINATED: 09/21/2022*
*ATTORNEY TO BE NOTICED*

**Melinda A. Powell**
Rose Kallor, LLP
750 Main Street
Suite 309
Hartford, CT 06103
860−361−7999

Fax: 860–270–0710
Email: mpowell@rosekallor.com
*TERMINATED: 09/21/2022*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Yale University** represented by **Caroline B Park**
Wiggin & Dana–NH
265 Church St.
P.O. Box 1832
New Haven, CT 06510
203–498–4317
Fax: 203–782–2889
Email: cpark@wiggin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Freiman**
Wiggin and Dana LLP
One Century Tower
Wiggin and Dana LLP
265 Church Street
New Haven, CT 06510
203–498–4400
Email: jfreiman@wiggin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/22/2021 | 1 | COMPLAINT against Yale University ( Filing fee $402 receipt number ACTDC–6440443.), filed by Bandy Lee.(Kallor, Robin) (Entered: 03/22/2021) |
| 03/22/2021 | 2 | EXHIBIT *Civil Cover Sheet* by Bandy Lee re 1 Complaint. (Kallor, Robin) (Entered: 03/22/2021) |
| 03/22/2021 | | Judge Michael P. Shea added. (Nuzzi, Tiffany) (Entered: 03/22/2021) |
| 03/22/2021 | 3 | Order on Pretrial Deadlines: Amended Pleadings due by 5/21/2021. Discovery due by 9/21/2021. Dispositive Motions due by 10/26/2021.<br>Signed by Clerk on 03/22/2021. (Peterson, M) (Entered: 03/22/2021) |
| 03/22/2021 | 4 | ELECTRONIC FILING ORDER FOR COUNSEL – PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER<br>Signed by Judge Michael P. Shea on 03/22/2021. (Peterson, M) (Entered: 03/22/2021) |
| 03/22/2021 | 5 | STANDING PROTECTIVE ORDER<br>Signed by Judge Michael P. Shea on 03/22/2021. (Peterson, M) (Entered: 03/22/2021) |
| 03/22/2021 | 6 | Notice re Initial Discovery Protocols<br>Signed by Clerk on 03/22/2021. (Attachments: # 1 Initial Discovery Protocols Attachment) (Peterson, M) (Entered: 03/22/2021) |
| 03/22/2021 | 7 | NOTICE TO COUNSEL/SELF–REPRESENTED PARTIES : Counsel or self–represented parties initiating or removing this action are responsible for serving all parties with attached documents and copies of 5 Protective Order, 4 Electronic Filing Order, 2 Exhibit filed by Bandy Lee, 1 Complaint filed by Bandy Lee, 3 Order on Pretrial Deadlines, 6 Notice<br>Signed by Clerk on 03/22/2021. (Peterson, M) (Entered: 03/22/2021) |
| 03/23/2021 | 8 | NOTICE of Appearance by Cindy M. Cieslak on behalf of Bandy Lee (Cieslak, Cindy) (Entered: 03/23/2021) |

| | | |
|---|---|---|
| 03/23/2021 | 9 | NOTICE of Appearance by Melinda A. Powell on behalf of Bandy Lee (Powell, Melinda) (Entered: 03/23/2021) |
| 04/19/2021 | 10 | WAIVER OF SERVICE Returned Executed as to Yale University waiver sent on 3/22/2021, answer due 5/21/2021 filed by Bandy Lee. (Kallor, Robin) (Entered: 04/19/2021) |
| 05/11/2021 | 11 | NOTICE of Appearance by Jonathan M. Freiman on behalf of Yale University (Freiman, Jonathan) (Entered: 05/11/2021) |
| 05/11/2021 | 12 | NOTICE of Appearance by Caroline B Park on behalf of Yale University (Park, Caroline) (Entered: 05/11/2021) |
| 05/11/2021 | 13 | Consent MOTION for Extension of Time until June 11, 2021 to Answer or Otherwise Respond to 1 Complaint by Yale University. (Freiman, Jonathan) (Entered: 05/11/2021) |
| 05/12/2021 | 14 | ORDER. The 13 motion for extension is hereby GRANTED. Defendant shall file a responsive pleading by **June 11, 2021**.<br><br>Signed by Judge Michael P. Shea on 5/12/2021. (Super, John) (Entered: 05/12/2021) |
| 05/12/2021 | | Answer deadline updated for Yale University to 6/11/2021. (Johnson, D.) (Entered: 05/13/2021) |
| 06/11/2021 | 15 | MOTION to Dismiss *Plaintiff's Complaint* by Yale University.Responses due by 7/2/2021 (Attachments: # 1 Memorandum in Support of Defendant's Motion to Dismiss Plaintiff's Complaint, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G)(Freiman, Jonathan) (Entered: 06/11/2021) |
| 06/11/2021 | 16 | Corporate Disclosure Statement by Yale University. (Freiman, Jonathan) (Entered: 06/11/2021) |
| 06/14/2021 | 17 | ORDER. Defendant has filed a 15 Motion to Dismiss. On or before **July 2, 2021**, Plaintiff shall either file a response to the motion or file an amended complaint in which it pleads as many facts as possible, consistent with Rule 11, to address the alleged defects discussed in Defendant's memorandum of law. The Court will not allow further amendments after **July 2, 2021**. If Plaintiff chooses to amend and if Defendant renews its motion to dismiss, Defendant may incorporate by reference any prior briefing.<br><br>Signed by Judge Michael P. Shea on 6/14/2021. (Super, John) (Entered: 06/14/2021) |
| 06/14/2021 | | Set Deadlines as to 15 MOTION to Dismiss *Plaintiff's Complaint*.(Responses due by 7/2/2021, ) or ( Amended Complaint due by 7/2/2021) (Johnson, D.) (Entered: 06/15/2021) |
| 06/16/2021 | 18 | MOTION for Extension of Time until August 2, 2021 *to* file an Amended Complaint or oppose or otherwise Respond to Defendant's Motion to Dismiss by Bandy Lee. (Kallor, Robin) (Entered: 06/16/2021) |
| 06/17/2021 | 19 | ORDER. The 18 motion for extension is hereby GRANTED. Plaintiff's deadline to file an amended complaint or response to the 15 motion to dismiss is **August 2, 2021**.<br><br>Signed by Judge Michael P. Shea on 6/17/2021. (Super, John) (Entered: 06/17/2021) |
| 06/17/2021 | | Set Deadlines as to 15 MOTION to Dismiss *Plaintiff's Complaint*.(Responses due by 8/2/2021, ),or ( Amended Complaint due by 8/2/2021) (Johnson, D.) (Entered: 06/17/2021) |
| 06/24/2021 | 20 | REPORT of Rule 26(f) Planning Meeting. (Kallor, Robin) (Entered: 06/24/2021) |
| 06/25/2021 | 21 | MOTION to Stay *Discovery Pending Ruling on Motion to Dismiss* by Yale University.Responses due by 7/16/2021 (Attachments: # 1 Exhibit A)(Freiman, Jonathan) (Entered: 06/25/2021) |
| 07/09/2021 | 22 | OBJECTION re 21 MOTION to Stay *Discovery Pending Ruling on Motion to Dismiss* filed by Bandy Lee. (Cieslak, Cindy) (Entered: 07/09/2021) |

| | | |
|---|---|---|
| 07/22/2021 | 23 | Memorandum in Support re 21 MOTION to Stay *Discovery Pending Ruling on Motion to Dismiss Reply Memorandum in Further Support of 21* filed by Yale University. (Freiman, Jonathan) (Entered: 07/22/2021) |
| 07/23/2021 | 24 | MOTION for Extension of Time to File Response/Reply *or file an Amended Complaint* as to 15 MOTION to Dismiss *Plaintiff's Complaint* until August 23, 2021 by Bandy Lee. (Cieslak, Cindy) (Entered: 07/23/2021) |
| 07/29/2021 | 25 | ORDER. The 24 motion for extension is hereby GRANTED. Plaintiff's deadline to respond to Defendant's motion to dismiss or to file an amended complaint is now **August 23, 2021**.<br><br>Signed by Judge Michael P. Shea on 7/29/2021. (Silva, Madeline) (Entered: 07/29/2021) |
| 07/29/2021 | | Reset deadline as to 15 MOTION to Dismiss Plaintiff's Complaint: Response or amended complaint is now due by 8–23–2021 per Dkt. 25 Order. (Shafer, J.) (Entered: 07/29/2021) |
| 08/10/2021 | 26 | ORDER. The 21 motion to stay discovery pending the Court's ruling on the motion to dismiss is hereby GRANTED. Should the Court deny the motion to dismiss (in whole or in part), the parties shall file a revised Rule 26(f) Report within 14 days of the Court's ruling.<br><br>Signed by Judge Michael P. Shea on 8/10/2021. (Silva, Madeline) (Entered: 08/10/2021) |
| 08/21/2021 | 27 | AMENDED COMPLAINT against Yale University, filed by Bandy Lee.(Cieslak, Cindy) (Entered: 08/21/2021) |
| 08/26/2021 | 28 | Consent MOTION for Extension of Time until September 17, 2021 to Respond to 27 Amended Complaint by Yale University. (Park, Caroline) (Entered: 08/26/2021) |
| 08/27/2021 | 29 | ORDER. In light of the plaintiff's filing of an amended complaint, the 15 motion to dismiss is DENIED AS MOOT. In addition the 28 motion to extend is GRANTED. The defendant's deadline to respond to the amended complaint or to renew its motion to dismiss is **September 17, 2021**.<br><br>Signed by Judge Michael P. Shea on 8/27/2021. (Silva, Madeline) (Entered: 08/27/2021) |
| 08/27/2021 | | Answer deadline updated for Yale University to 9/17/2021. (Johnson, D.) (Entered: 08/30/2021) |
| 09/13/2021 | 30 | Consent MOTION for Leave to File Excess Pages *re their Motion to Dismiss* by Yale University. (Freiman, Jonathan) (Entered: 09/13/2021) |
| 09/14/2021 | 31 | ORDER. The 30 motion for leave to file excess pages is hereby GRANTED.<br><br>Signed by Judge Michael P. Shea on 9/14/2021. (Silva, Madeline) (Entered: 09/14/2021) |
| 09/17/2021 | 32 | MOTION to Dismiss *Plaintiff's Amended Complaint 27* by Yale University.Responses due by 10/8/2021 (Attachments: # 1 Memorandum in Support of Motion to Dismiss Plaintiff's Amended Complaint, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H)(Freiman, Jonathan) (Entered: 09/17/2021) |
| 09/23/2021 | 33 | Consent MOTION for Extension of Time until November 8, 2021 to Respond to Defendant's Motion to Dismiss by Bandy Lee. (Cieslak, Cindy) (Entered: 09/23/2021) |
| 09/28/2021 | 34 | ORDER. The 33 motion for extension is hereby GRANTED, as follows: The plaintiff's deadline to respond to the defendant's motion to dismiss is now **November 8, 2021**.<br><br>Signed by Judge Michael P. Shea on 9/28/2021. (Silva, Madeline) (Entered: 09/28/2021) |

| | | |
|---|---|---|
| 09/28/2021 | | Set Deadlines as to 32 MOTION to Dismiss *Plaintiff's Amended Complaint* 27 . Responses due by 11/8/2021 (Johnson, D.) (Entered: 09/28/2021) |
| 11/08/2021 | 35 | Memorandum in Opposition re 32 MOTION to Dismiss *Plaintiff's Amended Complaint* 27 filed by Bandy Lee. (Powell, Melinda) (Entered: 11/08/2021) |
| 11/12/2021 | 36 | Consent MOTION for Extension of Time until December 13, 2021 to Reply to 35 Memorandum in Opposition to Motion by Yale University. (Freiman, Jonathan) (Entered: 11/12/2021) |
| 11/15/2021 | 37 | ORDER. The 36 motion for extension is hereby GRANTED, as follows: the defendant shall file its reply brief in further support of its motion to dismiss by **December 13, 2021**.<br><br>Signed by Judge Michael P. Shea on 11/15/2021. (Silva, Madeline) (Entered: 11/15/2021) |
| 11/15/2021 | | Set Deadlines as to 32 MOTION to Dismiss *Plaintiff's Amended Complaint* 27 . Responses due by 12/13/2021 (Johnson, D.) (Entered: 11/16/2021) |
| 12/13/2021 | 38 | REPLY to Response to 32 MOTION to Dismiss *Plaintiff's Amended Complaint* 27 *Reply in Further Support of Defendant's Motion to Dismiss Plaintiff's Amended Complaint* filed by Yale University. (Freiman, Jonathan) (Entered: 12/13/2021) |
| 12/22/2021 | 39 | ORDER OF TRANSFER. Case reassigned to Judge Sarah A. L. Merriam for all further proceedings.<br>Signed by Clerk on 12/22/2021.(Hushin, Z.) (Entered: 12/22/2021) |
| 08/04/2022 | 40 | MOTION for To Lift Stay of Discovery Order by Bandy Lee. (Attachments: # 1 Memorandum in Support, # 2 Affidavit)(Cieslak, Cindy) (Entered: 08/04/2022) |
| 08/25/2022 | 41 | Memorandum in Opposition re 40 MOTION for To Lift Stay of Discovery Order filed by Yale University. (Attachments: # 1 Exhibit A)(Freiman, Jonathan) (Entered: 08/25/2022) |
| 08/30/2022 | 42 | RULING. For the reasons set forth in the attached Ruling, defendant's Motion to Dismiss (Doc. # 32 ) is **GRANTED**. The Clerk shall close this case. It is so ordered. Signed by Judge Sarah A. L. Merriam on 8/30/2022. (Teague, J.) (Entered: 08/30/2022) |
| 08/30/2022 | 43 | JUDGMENT entered in favor of Yale University against Bandy Lee.<br><br>For Appeal Forms please go to the following website: http://www.ctd.uscourts.gov/forms/all−forms/appeals_forms<br>Signed by Clerk on 8/30/2022.(Caffrey, A.) (Entered: 08/30/2022) |
| 08/30/2022 | | JUDICIAL PROCEEDINGS SURVEY − FOR COUNSEL ONLY: The following link to the confidential survey requires you to log into CM/ECF for SECURITY purposes. Once in CM/ECF you will be prompted for the case number. Although you are receiving this survey through CM/ECF, it is hosted on an independent website called SurveyMonkey. Once in SurveyMonkey, the survey is located in a secure account. The survey is not docketed and it is not sent directly to the judge. To ensure anonymity, completed surveys are held up to 90 days before they are sent to the judge for review. We hope you will take this opportunity to participate, please click on this link:<br><br>https://ecf.ctd.uscourts.gov/cgi−bin/Dispatch.pl?survey<br>(Caffrey, A.) (Entered: 08/30/2022) |
| 09/19/2022 | 44 | NOTICE of Appearance by Todd D. Steigman on behalf of Bandy Lee (Steigman, Todd) (Entered: 09/19/2022) |
| 09/19/2022 | 45 | NOTICE of Appearance by Jacques J. Parenteau on behalf of Bandy Lee (Parenteau, Jacques) (Entered: 09/19/2022) |
| 09/19/2022 | 46 | Emergency MOTION For Permission to File Motion for Reconsideration, Nunc Pro Tunc by Bandy Lee.Responses due by 9/29/2022 (Steigman, Todd) Modified text to reflect revised response deadline per Order #50 on 9/20/2022 (Caffrey, A.). (Entered: 09/19/2022) |

| 09/20/2022 | 47 | MOTION for Robin B. Kallor to Withdraw as Attorney by Bandy Lee. (Kallor, Robin) (Entered: 09/20/2022) |
|---|---|---|
| 09/20/2022 | 48 | MOTION for Cindy M. Cieslak to Withdraw as Attorney by Bandy Lee. (Cieslak, Cindy) (Entered: 09/20/2022) |
| 09/20/2022 | 49 | MOTION for Melinda A. Powell to Withdraw as Attorney by Bandy Lee. (Powell, Melinda) (Entered: 09/20/2022) |
| 09/20/2022 | 50 | ORDER. Plaintiff has filed an "Emergency Motion for Leave to File Motion for Reconsideration Nunc Pro Tunc[.]" Doc. # 46 at 1. Defendant shall file any response to the motion on or before **September 29, 2022**. It is so ordered. Signed by Judge Sarah A. L. Merriam on 09/20/2022. (Powers, L.) (Entered: 09/20/2022) |
| 09/20/2022 |  | Reset Deadlines as to 46 Emergency MOTION For Permission to File Motion for Reconsideration, Nunc Pro Tunc. Responses due by 9/29/2022. (Powers, L.) (Entered: 09/20/2022) |
| 09/20/2022 | 51 | MOTION for Extension of Time until October 29, 2022 To File Notice of Appeal by Bandy Lee. (Steigman, Todd) (Entered: 09/20/2022) |
| 09/21/2022 | 52 | ORDER granting 47 Motion for Robin B. Kallor to Withdraw as Attorney. The appearance of Attorney Robin B. Kallor is hereby terminated. It is so ordered. Signed by Judge Sarah A. L. Merriam on 09/21/2022. (Powers, L.) (Entered: 09/21/2022) |
| 09/21/2022 | 53 | ORDER granting 48 Motion for Cindy M. Cieslak to Withdraw as Attorney. The appearance of Attorney Cindy M. Cieslak is hereby terminated. It is so ordered. Signed by Judge Sarah A. L. Merriam on 09/21/2022. (Powers, L.) (Entered: 09/21/2022) |
| 09/21/2022 | 54 | ORDER granting 49 Motion for Melinda A. Powell to Withdraw as Attorney. The appearance of Attorney Melinda A. Powell is hereby terminated. It is so ordered. Signed by Judge Sarah A. L. Merriam on 09/21/2022. (Powers, L.) (Entered: 09/21/2022) |
| 09/21/2022 | 55 | ORDER granting, in part, and denying, in part, over objection 51 MOTION for Extension of Time until October 29, 2022 To File Notice of Appeal. Plaintiff moves "for a thirty−day extension of time, until October 29, 2022, to file a notice of appeal." Doc. # 51 at 1. Defendant objects. The Court finds that the need for the Court to address the (untimely) motion for reconsideration provides good cause for a limited extension, and that no significant prejudice to defendant will result from such an extension.<br>Plaintiff shall file any Notice of Appeal on or before **October 17, 2022**. The Court does not anticipate granting further extensions of this deadline. It is so ordered. Signed by Judge Sarah A. L. Merriam on 09/21/2022. (Powers, L.) (Entered: 09/21/2022) |
| 09/22/2022 | 56 | Memorandum in Opposition *Nunc Por Tunc* re 46 Emergency MOTION For Permission to File Motion for Reconsideration, Nunc Pro Tunc filed by Yale University. (Freiman, Jonathan) (Entered: 09/22/2022) |
| 09/23/2022 | 57 | REPLY to Response to 46 Emergency MOTION For Permission to File Motion for Reconsideration, Nunc Pro Tunc filed by Bandy Lee. (Steigman, Todd) (Entered: 09/23/2022) |
| 10/06/2022 | 58 | ORDER denying 46 Emergency Motion for Permission to File Motion for Reconsideration. On August 30, 2022, the Court issued a Ruling granting defendant's Motion to Dismiss, and closed this case. See Doc. # 42 . On September 19, 2022, plaintiff, through new counsel, filed a motion seeking "permission to file a motion for reconsideration, nunc pro tunc, with respect to the Court's Ruling granting Defendant's motion to dismiss." Doc. # 46 at 1. Local Rule 7(c) provides that any motion for reconsideration "shall be filed and served within seven (7) days of the filing of the decision or order from which relief is sought[.]" D. Conn. L. Civ. R. 7(c)(1). The instant motion was filed twenty days after the Court's Ruling. The Court has evaluated the arguments plaintiff asserts she would make if permitted to file an untimely motion to reconsider, and finds that any such motion would be futile.<br><br>"Motions for reconsideration shall not be routinely filed and shall satisfy the strict standard applicable to such motions. Such motions will generally be denied unless the |

| | | |
|---|---|---|
| | | movant can point to controlling decisions or data that the court overlooked in the initial decision or order." D. Conn. L. Civ. R. 7(c)(1). A motion to reconsider may not be used "solely to relitigate an issue already decided." Shrader v. CSX Transp., Inc., 70 F.3d 255, 257 (2d Cir. 1995). A motion for reconsideration is "not a vehicle for relitigating old issues, presenting the case under new theories, securing a rehearing on the merits, or otherwise taking a second bite at the apple." Analytical Surveys, Inc. v. Tonga Partners, L.P., 684 F.3d 36, 52 (2d Cir. 2012) (citation and quotation marks omitted).<br><br>Plaintiff chose to retain new counsel after the Court issued its ruling. See Docs. # 44 , # 45 . The fact that plaintiff's new counsel might have made different arguments about the sufficiency of the claims in the Amended Complaint does not warrant reconsideration. Courts have consistently held that the "mere appearance of [new] counsel does not" provide grounds for reconsideration. J.P. Morgan Chase Bank, N.A. v. Caires, No. 3:17CV01298(JCH), 2017 WL 4071137, at *1 n.1 (D. Conn. Sept. 14, 2017); see also Lopes v. First Unum Ins. Co., No. 09CV02642(RRM), 2011 WL 13298876, at *2 (E.D.N.Y. Dec. 27, 2011) ("Reconsideration is not the proper remedy, where... plaintiff has submitted no new facts or law but merely questions the effectiveness of her attorney's tactical decisions[.]").<br><br>Plaintiff's new counsel "may be dissatisfied with its predecessor's arguments to the Court, but on a reconsideration motion, [plaintiff's] new counsel is bound by those arguments." Pierre v. Planet Auto., Inc., No. 13CV00675(MKB), 2016 WL 6459617, at *4 (E.D.N.Y. Oct. 31, 2016). Plaintiff simply "seeks a fresh attempt with new counsel to persuade the Court on the merits of its interpretation, which is simply not the appropriate use of a [reconsideration] motion." Hertz Glob. Holdings, Inc. v. Nat'l Union Fire Ins. Co. of Pittsburgh, No. 19CV06957(AJN), 2022 WL 889209, at *2 (S.D.N.Y. Mar. 25, 2022). Plaintiff's new counsel fails to "point to controlling decisions or data that the court overlooked in the initial decision or order." D. Conn. L. Civ. R. 7(c).<br><br>In fact, the Court did not "overlook" any of the matters raised in plaintiff's proposed motion. See Doc. # 46 . When considering a motion to dismiss, the Court's task is to determine whether the complaint, apart from any of its conclusory allegations, alleges "enough facts to state a claim [for] relief that is plausible on its face[.]" Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 570 (2007). The substance of plaintiff's proposed, untimely motion would not alter the Court's conclusion that the Amended Complaint, on its face, failed to state a cognizable claim. "Some of these arguments were previously asserted before the Court, whereas some are new or repackaged[.]... Not one of these arguments, however, provides a basis for reconsideration." Hertz Glob. Holdings Inc., 2022 WL 889209, at *2. Plaintiff merely seeks to "tak[e] a second bite at the apple." Analytical Surveys, Inc., 684 F.3d at 52. That is not the purpose of a motion for reconsideration. Therefore, plaintiff's motion for permission to file an untimely motion for reconsideration is **DENIED**.<br><br>It is so ordered. Signed by Judge Sarah A. L. Merriam on 10/06/2022. (Powers, L.) (Entered: 10/06/2022) |
| 10/06/2022 | 59 | NOTICE OF APPEAL re: 42 Ruling, 43 Judgment, 58 Order by Bandy Lee. Filing fee $ 505, receipt number ACTDC–7093467. (Steigman, Todd) Modified on 10/7/2022 TO LINK TO DOC #42, #43 and #58 (Oliver, T.). (Entered: 10/06/2022) |
| 10/06/2022 | 60 | CLERK'S CERTIFICATE RE: INDEX AND RECORD ON APPEAL re: 59 Notice of Appeal. The attached docket sheet is hereby certified as the entire Index/Record on Appeal in this matter and electronically sent to the Court of Appeals, with the exception of any manually filed documents as noted below. Dinah Milton Kinney, Clerk. Documents manually filed not included in this transmission: none (Oliver, T.) (Entered: 10/07/2022) |

## CA02db Intake

| | |
|---|---|
| **From:** | CMECF@ctd.uscourts.gov |
| **Sent:** | Friday, October 7, 2022 1:03 PM |
| **To:** | CTD CMECF |
| **Subject:** | Activity in Case 3:21-cv-00389-SALM Lee v. Yale University Clerk's Certificate re: Notice of Appeal |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of Connecticut

## Notice of Electronic Filing

The following transaction was entered on 10/7/2022 at 1:03 PM EDT and filed on 10/6/2022

| | |
|---|---|
| **Case Name:** | Lee v. Yale University |
| **Case Number:** | 3:21-cv-00389-SALM |
| **Filer:** | |
| **WARNING: CASE CLOSED on 08/30/2022** | |
| **Document Number:** | 60 |

**Docket Text:**
**CLERK'S CERTIFICATE RE: INDEX AND RECORD ON APPEAL re: [59] Notice of Appeal. The attached docket sheet is hereby certified as the entire Index/Record on Appeal in this matter and electronically sent to the Court of Appeals, with the exception of any manually filed documents as noted below. Dinah Milton Kinney, Clerk. Documents manually filed not included in this transmission: none (Oliver, T.)**


**3:21-cv-00389-SALM Notice has been electronically mailed to:**

Jacques J. Parenteau     jparenteau@mppjustice.com, kfavaloro@mppjustice.com, ptharpe@mppjustice.com, vwilloughby@mppjustice.com

Jonathan Freiman     jfreiman@wiggin.com, cmartone@wiggin.com

Todd D. Steigman     tsteigman@mppjustice.com, jparenteau@mppjustice.com, mtorres@mppjustice.com, ptharpe@mppjustice.com, vwilloughby@mppjustice.com

Caroline B Park     cpark@wiggin.com

**3:21-cv-00389-SALM Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1034868047 [Date=10/7/2022] [FileNumber=7236028-0
] [7772cf2d9b269ef54ab5f417bf0338ab6bd2678e84176d9847940b3bd30cbb05761
f35d86138b3a0552772960f5ffe9b9851c6a7e19173bef46dd086d4eb3149]]