# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)

**NOTICE TO COUNSEL:** COUNSEL FOR THE APPELLANT MUST FILE THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

**THIS SECTION MUST BE COMPLETED BY COUNSEL FOR APPELLANT**

| | | |
|---|---|---|
| **CASE TITLE**<br>Bandy Lee v. Yale University | **DISTRICT**<br>Connecticut District Court | **DOCKET NUMBER**<br>3:21cv00389(SALM) |
| | **JUDGE**<br>Sarah A.L. Merriam | **APPELLANT**<br>Bandy Lee |
| | **COURT REPORTER** | **COUNSEL FOR APPELLANT**<br>Todd Steigman |

**Check the applicable provision:**

- [ ] I am ordering a transcript.
- [x] I am not ordering a transcript.

    **Reason for not ordering a transcript:**
    - [ ] Copy is already available
    - [x] No transcribed proceedings
    - [ ] Other (Specify in the space below):

**PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (*i.e.*, oral argument, order from the bench, etc.)

**METHOD OF PAYMENT**   [ ] Funds   [ ] CJA Voucher (CJA 21)

**INSTRUCTIONS TO COURT REPORTER:**

- [ ] **PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS**
- [ ] **PREPARE TRANSCRIPT OF TRIAL**
- [ ] **PREPARE TRANSCRIPT OF OTHER POST- TRIAL PROCEEDINGS**
- [ ] **OTHER (Specify in the space below):**

**DELIVER TRANSCRIPT TO: (COUNSEL'S NAME, ADDRESS, TELEPHONE)**

If a transcript is ordered, I certify that I have sent this form to the court reporter and have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* **FRAP 10(b)**. I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

| COUNSEL'S SIGNATURE<br>*Todd Steigman* | DATE<br>10/19/2022 |
|---|---|

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| **SIGNATURE OF COURT REPORTER** | | **DATE** |

Revised June, 2017