# MADSEN, PRESTLEY & PARENTEAU, LLC

*Representing Individuals in Employment Law and Related Litigation*

Attorneys At Law
Hartford · New London

_____

402 Asylum Street
Hartford, Connecticut 06103
Telephone: (860) 246-2466
Facsimile: (860) 246-1794

Todd Steigman
tsteigman@mppjustice.com

October 19, 2022

**VIA ECF**

Ms. Catherine O'Hagan Wolfe
Office of the Clerk
United States Appeals for Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    **Re:**    **Bandy Lee v. Yale University**
               **No. 22-2634**

Dear Ms. O'Hagan Wolfe:

    I represent the plaintiff-appellant, Bandy Lee, in the above-referenced matter. Pursuant to Local Rule 31.2(a)(1)(A), plaintiff-appellant requests that the Court establish January 18, 2023, as the deadline for appellant's brief.

                          Very truly yours,

                          *s/Todd Steigman*

                          Todd Steigman

**CC via ECF:**

Jonathan Freiman, Esq.
Caroline Park, Esq.