**NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL**

Short Title: **Lee v. Yale University** Docket No.: **22-2634**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **Anjali S. Dalal**

Firm: **Wiggin and Dana LLP**

Address: **437 Madison Avenue, 35th Floor**

Telephone: **212-551-2846** Fax: **212-551-2888**

E-mail: **adalal@wiggin.com**

Appearance for: **Yale University / Defendant-Appellee**
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: **Jonathan M. Freiman / Wiggin and Dana LLP** )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

---

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on **October 5, 2021** OR

☐ I applied for admission on _____ .

Signature of Counsel: **/s/ Anjali S. Dalal**

Type or Print Name: **Anjali S. Dalal**