# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 22-2634

**Motion for:** unopposed extension of time to file appellee's brief

**Caption [use short title]:** Lee v. Yale University

Set forth below precise, complete statement of relief sought:

Appellee Yale University respectfully moves this Court to adjust the time for filing its answering brief currently due on January 27, 2023 by 4 days to January 31, 2023.

**MOVING PARTY:** Yale University
**OPPOSING PARTY:** Bandy Lee, MD, MDiv,

- [ ] Plaintiff
- [ ] Defendant
- [ ] Appellant/Petitioner
- [x] Appellee/Respondent

**MOVING ATTORNEY:** Jonathan M. Freiman
**OPPOSING ATTORNEY:** Todd Steigman
[name of attorney, with firm, address, phone number and e-mail]

Wiggin and Dana LLP
One Century Tower, 265 Church St., New Haven, CT 06510
(203) 498-4584, jfreiman@wiggin.com

Madsen, Prestley & Parenteau, LLC
402 Asylum Street, Hartford, CT 06106
(860) 246-2466, tsteigman@mppjustice.com

**Court- Judge/ Agency appealed from:** U.S. District Court for the District of Connecticut- Sarah A. L. Merriam, U.S. Magistrate Judge

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[x] Yes  [ ] No (explain):

Opposing counsel's position on motion:
[x] Unopposed  [ ] Opposed  [ ] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes  [x] No  [ ] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?  [ ] Yes  [x] No
Has this relief been previously sought in this court?  [ ] Yes  [x] No
Requested return date and explanation of emergency: Undersigned counsel respectfully requests that this emergency extension motion be ruled on prior to the current brief deadline of January 27, 2023.

Is oral argument on motion requested?  [ ] Yes  [x] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  [ ] Yes  [x] No  If yes, enter date:

**Signature of Moving Attorney:**

/s/ Jonathan M. Freiman   **Date:** 1/25/2023   **Service by:** [x] CM/ECF  [ ] Other [Attach proof of service]

Form T-1080 (rev.12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

-----------------------------------------------------------x

BANDY LEE, MD, MDiv,
*Plaintiff-Appellant,*

v.  22-2634

YALE UNIVERSITY,
*Defendant-Appellee.*

-----------------------------------------------------------x

## UNOPPOSED MOTION FOR FOUR-DAY EXTENSION OF TIME TO FILE ANSWERING BRIEF

Defendant-Appellee Yale University by and through its undersigned counsel, respectfully moves this Court, pursuant to Second Circuit Local Rule 27.1, for a four-day extension of time to January 31, 2023.

This Court issued its Notice of Expedited Appeal on November 21, 2022. ECF 28. The Court stated that Plaintiff-Appellant's brief was to be filed "no later than December 27, 2022" and Defendant-Appellee's brief was to be filed "no later than January 31, 2023 or, 35 days from the date Appellant's brief is filed." *Id.* Plaintiff-Appellant filed its brief before the holidays, on December 23, 2022, changing Defendant-Appellee's deadline to January 27, 2023.

Defendant-Appellee is aware of Local Rule 27.1(f)(1) and asks for a four-day extension of time (encompassing only two weekdays), which would make the deadline January 31, 2023, i.e., the original default due date listed in this Court's

order for the Defendant-Appellee's brief. The short extension would accommodate not only the press of business (the undersigned has appeals pending in several federal circuits and state courts in California, Florida, Illinois, Connecticut and elsewhere) but also personal matters including the anniversaries of the deaths of two close family members.

Defendant-Appellee has not filed any prior motion for an extension of time in this appeal.

Opposing counsel has stated in writing that he does not oppose this motion.

Dated: January 25, 2023

                                Respectfully submitted,

By:  /s/ *Jonathan M. Freiman*
      Jonathan M. Freiman
      Wiggin and Dana LLP
      One Century Tower
      265 Church Street
      New Haven, CT 06510
      (203) 498-4400
      jfreiman@wiggin.com

      *Attorney for Defendants-Appellees*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on January 25, 2023, the foregoing motion was filed electronically via CM/ECF and is available to counsel through the electronic filing system.

                                              By: /s/ *Jonathan M. Freiman*
                                                     Jonathan M. Freiman