# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of January, two thousand twenty-three.

Before:    Alison J. Nathan,
              *Circuit Judge,*

_____

Bandy Lee, MD, MDiv,              **ORDER**

    Plaintiff - Appellant,          Docket No. 22-2634

v.

Yale University,

    Defendant - Appellee.

_____

Appellee moves for a four-day extension until January 31, 2023 to file its response brief.

IT IS HEREBY ORDERED that the motion is GRANTED.

                              For the Court:
                              Catherine O'Hagan Wolfe,
                              Clerk of Court

