# MADSEN, PRESTLEY & PARENTEAU, LLC

*Representing Individuals in Employment Law and Related Litigation*

Attorneys At Law
Hartford · New London

402 Asylum Street
Hartford, Connecticut 06103
Telephone: (860) 246-2466
Facsimile: (860) 246-1794

Todd Steigman
tsteigman@mppjustice.com

March 16, 2023

Ms. Catherine O'Hagan Wolfe
Office of the Clerk
United States Appeals for Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:    Lee v. Yale University
              No. 22-2634

Dear Ms. O'Hagan Wolfe:

    I write to update the Court as to my availability for oral argument in the above-referenced matter. This supplements the unavailable dates identified in the oral argument statement that I filed on February 14, 2023.

    I am also now <u>not available</u> to participate in oral argument in this matter on April 21, 2023, and June 8, 2023.

    However, I am now <u>available</u> to participate in oral argument in this matter on June 6, 2023, and between June 20, 2023 and July 5, 2023 (dates I previously identified as being not available on my oral argument statement, dated February 14, 2023).

                                  /s/ Todd Steigman
                                Todd Steigman
                                Attorney for Bandy Lee
                                Plaintiff-Appellant

**CC via ECF:**

Jonathan M. Freiman, Esq.
Anjali S. Dalal, Esq.