## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Lee v. Yale University          Docket No.: 22-2634

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Jacques J. Parenteau

Firm: Madsen, Prestley & Parenteau, LLC

Address: 105 Huntington Street, New London, CT 06320

Telephone: (860) 442-2466          Fax: (860) 447-9206

E-mail: jparenteau@mppjustice.com

Appearance for: Plaintiff/Appellant
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Todd Steigman of Madsen, Prestley & Parenteau, LLC )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on 02/04/2021          OR

☐ I applied for admission on _____ .

Signature of Counsel: _____

Type or Print Name: Jacques J. Parenteau